**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI FOROOGHIEH, | Case No. 2:25-cv-12242-MCS-DTB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COMMISSIONER LAURA STREIMER, PARIS SHICK, and SHARON BABAKHAN, | |
| Defendants. | |

1

Pursuant to the Court's Order Dismissing Case, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendants Commissioner Laura Streimer, Paris Shick, and Sharon Babakhan. Plaintiff Ali Forooghieh's claims are dismissed without leave to amend. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 2, 2026

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE